UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TEDDIE CRAIG, )
)
        Plaintiff, )
) 3:12-cv-00266-ECR-WGC
)
vs. )
) **ORDER**
VALERIE COOKE, *et al.*, )
)
        Defendants. )
                                         /

      Plaintiff has submitted a *pro se* civil rights complaint. (ECF No. 1.) Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350.00 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

      **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

      **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for

filing a civil rights lawsuits under 42 U.S.C. §1983, an application to proceed *in forma pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff a copy of his initiating documents (ECF No. 1).

**IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close this case.

DATED this 11th day of June 2012.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE